**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**

**KNEPP, CRAIG A**

Case No. 04-40918-DOT

Chapter 7

**Debtor(s)**

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Linda E. Niece<br>P.O. Box 5626<br>Bremerton, WA 98312-0000 | 2,467.48 |

Dated: September 8, 2009

/s/ Sherman B. Lubman
SHERMAN B. LUBMAN, Trustee
P. O. BOX 5757
GLEN ALLEN, VA  23058-5757

(804) 290-4490

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on September 8, 2009.

/s/ Sherman B. Lubman
SHERMAN B. LUBMAN