UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| IN RE: | | |
|---|---|---|
| | Craig A. Knepp | CASE NO. 04-40918-DOT |
| | | CHAPTER 7 |
| DEBTOR. | | |

## AMENDED NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS

Linda E. Niece, by and through the undersigned counsel, Tommy Andrews, Jr., Tommy Andrews Jr., P.C., has filed a Motion to Recover Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in the motions, or if you want the Court to consider your views on the motions, then on or before twenty one business days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1 (H).

    Clerk of Court
    United States Bankruptcy Court
    United States Courthouse
    701 East Broad Street, STE 4000
    Richmond, VA 23219

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** You must also mail a copy to the persons listed below:

Tommy Andrews, Jr.
TOMMY ANDREWS, JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314

U.S. Attorney's Office
600 E. Main St., Suite 1800
Richmond, VA 23219

U.S. Trustee
United States Courthouse
701 East Broad Street, STE 4300
Richmond, VA 23219

Dated: ___May 22, 2010___            TOMMY ANDREWS, JR., P.C.
                                               /s/ __Tommy Andrews, Jr._____
                                               122 North Alfred Street
                                               Alexandria, Virginia 22314
                                               (703) 838-9004
                                               Counsel for Linda E. Niece